RECUP 24 JAN 17 PM 02:31 MDGAMAC

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama    [▼]

_____ Division

Amy Crane

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Brandi Cunningham &
Sarah Clark

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.  Do not include addresses here.)*

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  [✔] Yes  [ ] No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.　The Parties to This Complaint

### A.　The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Amy Crane |
| Address | 1871 Bethlea ave |
| | Macon　　　　GA　　　31204 |
| | *City*　　　*State*　　*Zip Code* |
| County | Bibb |
| Telephone Number | |
| E-Mail Address | |

### B.　The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Brandi Cunnglham |
| Job or Title *(if known)* | Director |
| Address | 141 James St |
| | Gray　　　　GA　　　31204 |
| | *City*　　　*State*　　*Zip Code* |
| County | Jones |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[✔] Individual capacity　　[ ] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Sarah Clark |
| Job or Title *(if known)* | case worker |
| Address | 141 James St |
| | Gray　　　　GA　　　31204 |
| | *City*　　　*State*　　*Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[✔] Individual capacity　　[ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

                      *City*               *State*         *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

                      *City*               *State*         *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
violated my 4th admendment right
14 amendment, 8th, 2nd

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
omitted evidence, falsfied evidence, lied under oath, tampered with evidence to influence a case. discrimated against a person of color with disablilities.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?
Bibb/Jones

B.     What date and approximate time did the events giving rise to your claim(s) occur?
march 31, 4:30 pm - May 2023

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
Brandi Cunningham and Sarah Clark omitted important legal documents and video in a CPS case which led to my arrest in June 9 of 2022. witnesses include Beatrice Hughes, Silvano Espinoza, and children
Brandi employees discrimated against me due to race and disability. They made me make a decision to put someones elses child in foster care when I was to mentally inconpasted to make that descion they didnt let the legal father have a say in placement. I called CPS repeatley when the childs grandma reach out to me and said she wanted her. Sarah Clark ignored my messages and calls. Brandi also pretended to be a police officer/investigator to get information about me

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Emotional distress, mental pain that caused blood pressure issues that lead to miscarriage of my unborn child. 1 pending criminal felony charge. which has depleted me financially. Slander and deformation of charter job loss She also put my life in danger by giving out my address and other personal information to the family that committed violent acts against me. The police ordered the family to stay away from me, but Brandi gave all my info including my job information further causing me anxiety, depression and excessive fear. I am currently seeing a psychiatrist, therapist, cardiologist my heart has worsen due to the stress of this situation. I have gained a substantial amount of weight due to the stress and have multiple attempts at suicide. My children are traumatized, and I and my children have severe separation anxiety and depression and did therapy for a short while. Mental pain and stress that have led to severe heart failure.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

damage $ 300,000 which will include doctor fees, lost income and legal fees Punitive damage $800,000  pain, suffering, emotional trauma , loss of future income due to PTSD and progressive heart failure caused by the actions of the defendants.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            01/04/2024

Signature of Plaintiff

Printed Name of Plaintiff       Amy Crane

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address