IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| AMY CRANE, : | |
| : | |
| Plaintiff, : | |
| : | CASE NO. |
| v. : | 5:24-CV-18 (CAR) |
| : | |
| BRANDI CUNNINGHAM and : | |
| SARAH CLARK, : | |
| : | |
| Defendants. : | |

## ORDER DISMISSING CASE

On February 5, 2024, the Court granted *pro se* Plaintiff Amy Crane's motion to proceed *IFP* but instructed Plaintiff that this suit would be subject to dismissal if Plaintiff failed to file a recast Complaint within twenty-one (21) days pursuant to 28 U.S.C. § 1915(e)(2).[1] Plaintiff has failed to comply, and the time to do so has now expired. Therefore, the Court hereby **DISMISSES** this case **without prejudice.**

**SO ORDERED,** this 6th day of March, 2024.

s/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Order Granting Plaintiff's Motion to Proceed *IFP* and Order to Recast Complaint [Doc. 3].