IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| AMY CRANE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CASE NO. |
| v. | : | 5:24-CV-18 (CAR) |
| | : | |
| BRANDI CUNNINGHAM and | : | |
| SARAH CLARK, | : | |
| | : | |
| Defendants. | : | |

### ORDER DISMISSING CASE

On March 8, 2024, the Court stayed Plaintiff's § 1983 defamation claims against Defendants pursuant to *Younger v. Harris*[1] because granting Plaintiff's requested relief would have interfered with her ongoing state criminal prosecution.[2] The Court ordered Plaintiff to file a motion within 30 days of the conclusion of the criminal proceedings against her if she wished to maintain this action and notified her that failure to timely file the motion would result in the dismissal of her claims.[3] According to the online docket for the Jones County Clerk of Court, where her criminal case was pending, Plaintiff's

---

[1] 401 U.S. 37, 41 (1971).

[2] *See* Order [Doc. 7 at 2]; Order on Motion to Proceed In Forma Pauperis [Doc. 3 at 7–10].

[3] Doc. 7 at 2–3.

1

criminal case is now closed.[4] It appears Plaintiff pled guilty on March 6, 2025, and on April 15, 2025, her sentence was modified.[5] Thus, over 30 days have passed since Plaintiff's criminal proceedings concluded, and Plaintiff has failed to notify the Court as directed. Therefore, the Court **DISMISSES** this case **without prejudice**.

    **SO ORDERED,** this 18th day of July, 2025.

S/ C. Ashley Royal _____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[4] *See Case Search*, Jones County Clerk of Court, https://www.jonesclerkofcourt.com/webcasemanagement/mainpage.aspx (choose "Criminal Search"; then search "Crane, Amy") (last visited July 15, 2025).

[5] *See Case Search*, Jones County Clerk of Court, https://www.jonesclerkofcourt.com/webcasemanagement/mainpage.aspx (choose "Criminal Search"; then search "Crane, Amy"; and click the green plus button beside the entry with case number "2022-CR-390" and defendant name "Crane, Amy Lachelle") (last visited July 15, 2025).