IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| AMY CRANE, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00018-CAR |
| | * |
| SARAH CLARK et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 18, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 18th day of July, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk